Victor de Gyarfas (SBN 171950)
email:  vdegyarfas@foley.com
**Foley & Lardner LLP**
555 South Flower Street, Suite 3500
Los Angeles, CA 90071-2411
Telephone:  213-972-4500
Facsimile:   213-486-0065

Attorneys for Plaintiff
iTouchless Housewares & Products, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ITOUCHLESS HOUSEWARES & PRODUCTS, INC., a California corporation<br><br>            Plaintiff,<br><br>      v.<br><br>FACTORY DIRECT WHOLESALE, LLC, a Georgia LLC,<br><br>            Defendant. | CASE NO: 4:16-CV-07295-HSG<br><br>**ORDER GRANTING LOCAL RULE 6-3 MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Upon consideration of Plaintiff iTouchless Housewares & Products, Inc.'s Local Rule 6-3 Motion To Continue Case Management Conference, good cause appears to grant the motion and the motion is granted. The Case Management is continued for 28 days, and the new case schedule is as follows:

| Event | Current Date | New Date |
|---|---|---|
| Last day to hold the Rule 26(f) Conference | March 7, 2017 | April 4, 2017 |
| Last day to meet and confer regarding the ADR process | March 7, 2017 | April 4, 2017 |
| Last day to file and server ADR certification | March 7, 2017 | April 4, 2017 |
| File Case Management Statement | March 21, 2017 | April 18, 2017 |
| Case Management Conference | March 28, 2017 at 2:00 p.m. | April 25, 2017 at 2:00 p.m. |

IT IS SO ORDERED.

Dated: March 3, 2017

_____
UNITED STATES DISTRICT JUDGE.

1
[PROPOSED] ORDER GRANTING LOCAL RULE 6-3 MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE